1
2
3
4
5
6

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

7
8
9
10
11
12

| | | |
|---|---|---|
| ALEX MEDINA, | ) | No. C 11-0689 JSW (PR) |
| | ) | |
| Plaintiff, | ) | **ORDER OF TRANSFER** |
| | ) | |
| v. | ) | |
| | ) | |
| M. MCDONALD, et al., | ) | |
| | ) | **(Docket No. 2)** |
| Defendants. | ) | |
| _____ | ) | |

13
14

Plaintiff, a California prisoner incarcerated at High Desert State Prison ("HDSP"),

15
has filed this pro se civil rights complaint under 42 U.S.C. § 1983.

16
When, as here, jurisdiction is not founded solely on diversity, venue is proper in

17
the district in which (1) any defendant resides, if all of the defendants reside in the same

18
state, (2) the district in which a substantial part of the events or omissions giving rise to

19
the claim occurred, or a substantial part of property that is the subject of the action is

20
situated, or (3) a judicial district in which any defendant may be found, if there is no

21
district in which the action may otherwise be brought.  28 U.S.C. § 1391(b).  Where a

22
case is filed in the wrong venue, the district court has the discretion either to dismiss the

23
case or transfer it to the proper federal court "in the interest of justice."  28 U.S.C. §

24
1406(a).  Venue may be raised by the court *sua sponte* where the defendant has not yet

25
filed a responsive pleading and the time for doing so has not run.  *Costlow v. Weeks,* 790

26
F.2d 1486, 1488 (9th Cir. 1986).

27
Plaintiff's claims arise out of events occurring at HDSP in Susanville, California,

28
where Plaintiff is incarcerated, and Defendants are located at HDSP.  HDSP lies within

1    the venue of the United States District Court for the Eastern District of California.

2            Accordingly, IT IS ORDERED in the interest of justice, and pursuant to 28 U.S.C.

3    § 1406(a), that this action be TRANSFERRED to the United States District Court for the

4    Eastern District of California.  In light of the transfer, the Court will not resolve

5    Plaintiff's request for leave to proceed *in forma pauperis*, and the Clerk shall terminate

6    docket number 2 from this Court's docket.

7            The Clerk of the Court shall transfer this matter forthwith.

8            IT IS SO ORDERED.

9    DATED:March 29, 2011

10                                        JEFFREY S. WHITE
                                          United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    UNITED STATES DISTRICT COURT

2    FOR THE

3    NORTHERN DISTRICT OF CALIFORNIA

4

5

6    ALEX MEDINA,                                    Case Number: CV11-00689 JSW

7              Plaintiff,                            **CERTIFICATE OF SERVICE**

8       v.

9    M MCDONALD et al,

10             Defendant.
     _____/

11

12   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
     Court, Northern District of California.

13   That on March 29, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said
     copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
14   said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
     receptacle located in the Clerk's office.

15

16

17   Alex Medina K-47243
     H.D.S.P. Z/109
18   P.O. Box 3030
     Susanville, CA 96127
19
     Dated: March 29, 2011
20                                            Richard W. Wieking, Clerk
                                              By: Jennifer Ottolini, Deputy Clerk
21

22

23

24

25

26

27

28